IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:13CR016 |
| vs. | : | U. S. Magistrate Judge Sharon L. Ovington |
| PAUL PETERSON, | : | |
| Defendant. | : | |

## ENTRY PLACING DEFENDANT ON PREJUDGMENT PROBATION

Upon Motion of Defendant Peterson, and for good cause shown, Defendant Peterson is placed on probation for a period of one (1) year pursuant to 18 U.S.C. § 3607(a). The Court finds that Defendant Peterson has not been convicted of violating a federal or state law relating to controlled substances, nor has he been previously subject to disposition under this section.

The Court places Defendant Peterson on probation for a period of one (1) year under the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio, including Special Condition that Defendant Peterson: (1) participate in a substance abuse assessment/treatment, either inpatient or outpatient, to include testing, at the direction of the probation officer. The imposition of probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Peterson's completion of the probationary period.

Date of Imposition: 7/3/13

Sharon L. Ovington
United States Magistrate Judge